FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

Brown
(Last Name)        (Identification Number)

Kelly              Paul
(First Name)       (Middle Name)

Clarke County Jail
(Institution)

444 west Donald st Quitman ms 39335
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 2:22-cv95-TBM-RPM
                            (to be completed by the Court)

Barry White

Todd Kemp

Keneth Holifield

Jackie Sisson
(Enter the full name of the defendant(s) in this action)

Clarke county Jail EtA

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)   No ( )

B.  Are you presently incarcerated?
    Yes (✓)   No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )   No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes (✓)   No ( )

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )   No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes (✓)   No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Kelly Paul Brown Jr       Prisoner Number: K7688

Address: 444 West Donald Street Quitman MS 39335

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Barry White / Todd Kemp is employed as Cheif Deputy, Jail administrator, Jailer at Clarke County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Kelly Paul Brown Jr

ADDRESS: 444 West Donald street Quitman MS 39335

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Barry White | Clarke County Jail |
| Todd Kemp | Clarke County Jail |
| Kenth Holifield | Clarke County Jail |
| Jackie Sessom | Clarke County Jail |
| Clarke County Jail et A | |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No (  )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

**CASE NUMBER 1.**
1. Parties to the action: _Wilkerson County correctional facility_
2. Court (if federal court, name the district; if state court, name the county): _Southern district MS Natchez_
3. Docket Number: _I dont remember_
4. Name of judge to whom case was assigned: _I dont remember_
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _Dismissed, I volutrary dismissed it_

**CASE NUMBER 2.**
1. Parties to the action: _Walnut grove correctional facility_
2. Court (if federal court, name the district; if state court, name the county): _Southern District Jackson MS._
3. Docket Number: _I dont remember_
4. Name of judge to whom case was assigned: _I dont remember_
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _I was maced. and havent heard nothing_

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On May 18th 2022 I was brought to the Clarke county jail. Since being here my rights have been violated by Jail administrator Barry White, Sheriff Todd Kemp, jailor Keath Whifield, maitence Jamie sisson. There is no direct sunlight in the cells, no intercom system, I was placed in a cell with no water for over a week, I have no access to law library, no grievence process, no hand book, no sprinkler system in case of fire, no medical personal to hand out medicine, no heated food cart, no access to media, no access to courts, 1 court appointed lawyer for everyone, no disiplinary board, corporal punishment, mold in cells and shower, bright lights, open drains, mail being tampered with, All my phone #s blocked, no medical Help, Retaliation from staff

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

whatever the courts seems fit.
$150,000.00 to be moved to a safer Jail

Signed this 11 day of July, 2022.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Kelly Paul Brown
Signature of plaintiff