In The United States District Court
For the Southern District of Mississippi
Eastern Division

Kelly Paul Brown　　　　　　　　　　　　　　Plaintiff

Versus　　　　　　　　　　　　Civil Action No 2:22-00095 TOM
　　　　　　　　　　　　　　　　　　　　　　　　RPM

Barry White, Chief Deputy et al　　　　　　Defendants

[FILED DEC 05 2022 — SOUTHERN DISTRICT OF MISSISSIPPI — ARTHUR JOHNSTON, DEPUTY]

I haven't heard anything about my case since changing my address. Could you please let me know about the statues of my case.

Kelly P Brown 084374
Madison County Dention Center
2941 US Hwy 51
Canton MS 39046

11-29-22

Kelly Paul Brown